# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | | |
|---|---|---|
| AVERY DANIELLE BAKER, | * | |
| Plaintiff, | * | |
| VS. | * | CASE NO. 6:05-CV-13 (HL) |
| | | 42 U.S.C. § 1983 |
| THOMAS COUNTY PRISON, | * | |
| SANDRA ABRAMS, Warden, | | |
| ROBERT DONOVAN, P.A., | * | |
| ALBERT MANNING, and | | |
| JAMES THOMAS, | * | |
| Defendants. | * | |

## RECOMMENDATION

Plaintiff was ordered on January 12, 2006, to provide the court with a current address for the remaining Defendant, Robert Donovan, who has never been served and whose whereabouts are unknown to the clerk of court. Plaintiff was informed that if he failed to provide the court with the necessary information or make a showing as to why he could not provide a current address within ten (10) days of the order, Defendant Donovan would be dismissed as a party Defendant.

WHEREFORE, as Plaintiff has failed to comply with the order of the court, it is hereby RECOMMENDED that Defendant Donovan be dismissed from this case. Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the United States District Judge, WITHIN TEN (10) DAYS after being served with a copy thereof.

SO RECOMMENDED this 2nd day of February, 2006.

S/G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE