IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| AVERY DANIELLE BAKER, | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 6:05-CV-13 (HL)<br>42 U.S.C. § 1983 |
| THOMAS COUNTY PRISON, et al, | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 33) filed February 2, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the Plaintiff within the time allowed.

**SO ORDERED,** this the 27th day of February, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court